**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN RE: ADOPTION OF P.A.      :   No. 21 WAL 2023
: 
: 
PETITION OF: J.A., MOTHER      :   Petition for Allowance of Appeal
:   from the Order of the Superior Court

IN RE: ADOPTION OF: D.A.      :   No. 22 WAL 2023
: 
: 
PETITION OF: J.A., MOTHER      :   Petition for Allowance of Appeal
:   from the Order of the Superior Court

IN RE: ADOPTION OF: G.A.      :   No. 23 WAL 2023
: 
: 
PETITION OF: J.A., MOTHER      :   Petition for Allowance of Appeal
:   from the Order of the Superior Court

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 3rd day of March, 2023, the Petition for Allowance of Appeal is **DENIED**.